SO ORDERED.

SIGNED this 18th day of February, 2026.



_____
Dale L. Somers
United States Chief Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re: US FOODS INC

**Proceedings to Enforce**  **Misc. Proceeding No. 26-00407**
**Fed. R. Bankr. P. 9036**

**ORDER REQUIRING US FOODS INC TO APPEAR
THROUGH COUNSEL AT A STATUS CONFERENCE**

    The Administrative Office of the United States Courts has advised the Court that US FOODS INC has been designated as a high-volume paper-notice recipient of bankruptcy notices under Federal Rule of Bankruptcy Procedure 9036. A high-volume paper-notice recipient is currently defined as an entity that has been mailed 25 or more notices in any calendar month by the Bankruptcy Noticing Center. Federal Rule of Bankruptcy Procedure 9036 mandates that high volume recipients (with limited exceptions) must receive electronic notices.

    The Administrative Office of the United States Courts has advised the Court that US FOODS INC has failed to register to receive electronic bankruptcy notices.

    On **March 10. 2026, at 1:30 p.m.**, the Court will conduct a status conference to determine what action should be taken to compel (if necessary) US FOODS INC to comply with Federal Rule of Bankruptcy Procedure 9036. US FOODS INC is ordered to appear at the status conference through counsel. Appearance may be remote via computer using the following link: https://us-courts.webex.com/us-courts/j.php?MTID=m7a5636c1a0875e4414a01f24ec970db5, if prompted for an access code, enter 2307 168 9263. In some instances, the Court may allow appearance by telephone by dialing 1-855-244-8681, access code 2307 168 9263 #. Requests to

appear telephonically must be made in advance.  Counsel should be prepared to advise the Court on the steps that US FOODS INC is taking to assure comprehensive compliance with Federal Rule of Bankruptcy Procedure 9036.

      In lieu of attendance at the scheduled status conference, US FOODS INC may complete and file Exhibit A, confirming that it has completed its registration for electronic noticing and will receive court notices at an email address chosen by the entity.  Alternatively, US FOODS INC may complete and file Exhibit B, confirming that it wishes to receive its court notices at an electronic account created for the entity by the Bankruptcy Noticing Center.  Any completed exhibit and accompanying materials must be filed with the Court not less than 72 hours prior to the commencement of the scheduled status conference.  (To file those electronically, please use the Bankruptcy > Answer/Response > Reference an Existing motion/application event in CM/ECF.)

      The Clerk will cause this order to be served on US FOODS INC at c/o Mary Cowan, PO Box 24101, Cleveland, OH 44124-0101 and cause a Certificate of Service to be filed.

\* \* \*

EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**In re: US FOODS INC**

**Proceedings to Enforce**                                    **Misc. Proceeding No. 26-00407**
**Fed. R. Bankr. P. 9036**

## STATEMENT CONFIRMING REGISTRATION FOR
## ELECTRONIC BANKRUPTCY NOTICING

This Statement is filed on behalf of US FOODS INC.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above registered for electronic bankruptcy noticing on _____. The entity has attached to this statement a copy of the confirmation email it received from the Bankruptcy Noticing Center reflecting that it has completed its registration for electronic noticing. By registering for electronic bankruptcy noticing, the entity has agreed to receive its bankruptcy notices from the U.S. Bankruptcy Courts at the email address identified on the attached confirmation email from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

                                                   Signature:    _____

                                              Typed Name:    _____

                                                         Date:    _____

EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF KANSAS

**In re: US FOODS INC**

**Proceedings to Enforce**  **Misc. Proceeding No. 26-00407**
**Fed. R. Bankr. P. 9036**

## STATEMENT ACCEPTING ELECTRONIC COURT NOTICES AT AN ACCOUNT CREATED BY THE BANKRUPTCY NOTICING CENTER

This Statement is filed on behalf of US FOODS INC.

The entity identified above received the Court's Order requiring attendance at a status conference to assure compliance with the electronic noticing requirements of Federal Rule of Bankruptcy Procedure 9036. The Order authorizes the filing of this statement in lieu of attendance at the status conference.

The entity identified above is aware that, beginning 4/20/2026, it will no longer be sent paper bankruptcy notices from the U.S. Bankruptcy Courts. The entity confirms that it wishes to receive its bankruptcy notices from the U.S. Bankruptcy Courts at an electronic account created for the entity by the Bankruptcy Noticing Center. The entity confirms that it will take the necessary steps to access the electronic account in accordance with the instructions provided to the entity in separate letters from the Bankruptcy Noticing Center.

The individual signing this statement represents that the individual is an authorized agent of the entity identified above.

Signature: _____

Typed Name: _____

Date: _____